Etop Morgan **EKWERE**, Petitioner,

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 05–73061.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed June 29, 2009.

Etop Morgan Ekwere, Phoenix, AZ, pro se.

AZP–District Director, Office of the District Director, U.S. Department of Homeland Security, Phoenix, AZ, Kimberly A. Burdge, Esquire, Trial, OIL, Office of Immigration Litigation, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Etop Morgan Ekwere, a native and citizen of Nigeria, seeks review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings to apply for relief under the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1252. Review-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ing for abuse of discretion, *Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002), we deny the petition for review.

The BIA did not abuse its discretion in denying Ekwere's motion to reopen proceedings because the BIA considered the evidence he submitted and acted within its discretion in determining that the evidence was insufficient to warrant a reopening. *See id.; see also In re M–B–A–,* 23 I & N Dec. 474, 479 (BIA 2002).

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.